IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
FEB 2 8 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

ARGIE BLACK                                                                                       PLAINTIFF

VS.                                                           CIVIL ACTION FILE NO. 3:06cv308-HTW-JCS

ROBIN MOZINGO                                                                                DEFENDANT

## ORDER OF DISMISSAL

Counsel for the Plaintiff and Defendant having made known to the Court that a compromise settlement has been reached between the parties whereby the Plaintiff has received full satisfaction of the claims made by Plaintiff in this civil action and having moved the Court *ore tenus* for a dismissal of this civil action with prejudice:

It is, therefore, ORDERED AND ADJUDGED that this civil action shall be, and it is hereby, dismissed with prejudice with all parties to bear their own costs.

THUS ORDERED AND ADJUDGED on this the 27th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Of Counsel for Plaintiff

_____
Of Counsel for Defendant